JAMES WOODARD, Respondent, *v.* JOHN DENNISON, Appellant.

(Argued September, 23, 1873; decided January term, 1874.)

THIS was an action of trespass.

The only question was one of fact as to the location of the boundary line between the parties. The majority of the court

*held,* that the evidence was sufficient to sustain the verdict, although a decision the other way would have been more satisfactory.

*L. Fraser* for the appellant.

*D. A. Boies* for the respondent.

JOHNSON, C., reads for affirmance; LOTT, Ch. C., and EARL, C., concur.

GRAY, C., reads for reversal, REYNOLDS, C., concurs.

Judgment affirmed; GRAY and REYNOLDS, CC., dissenting.